578

PER CURIAM.

(No. 75-CC-450— ▮▮▮▮▮▮▮▮▮▮)

EDGEWATER HOSPITAL, A NON-PROFIT ILL. CORP., Claimant,
*vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID,
Respondent.

*Opinion filed May 13, 1975.*

WILLIAM L. SILVERMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-506— ▮▮▮▮▮▮▮▮▮▮)

MADGE NOBLE, BUREAU COUNTY TREASURER, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT
AFFAIRS, Respondent.

*Opinion filed May 13, 1975.*

MADGE NOBLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.